JOAN CAROL CORPORATION, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 167, Docket 21534.

United States Court of Appeals Second Circuit.

Argued April 5, 1950.

Decided April 5, 1950.

Harry Silverson, New York City, for petitioner.

Francis W. Sams, Chas. Oliphant, and Theron L. Caudle, Washington, D. C., for respondent.

Before Augustus N. HAND, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Order, 13 T.C. 83, reversed in open court on authority of Aramo-Stiftung v. Commissioner, 2 Cir., 172 F.2d 896.

M. WERRIN v. CHICAGO EXPRESS, Inc., Appellant.

No. 10119.

United States Court of Appeals Third Circuit.

Argued March 8, 1950.

Decided March 21, 1950.

Meyer Love, Philadelphia, Pa., for appellant.

Walter Schachtel, Philadelphia, Pa. (Einhorn & Schachtel, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, HASTIE, Circuit Judge, and LEDERLE, District Judge.

PER CURIAM.

We can perceive no error in the proceedings in the court below. The questions presented were primarily those of fact and were resolved by the trial court in favor of Werrin.

The judgment of the court below will be affirmed.

Isaac McCRACKEN, Appellant, v. TROJAN POWDER COMPANY, a Corporation.

No. 14086.

United States Court of Appeals Eighth Circuit.

March 8, 1950.

J. Edward Jones and John Nagle, Chicago, Ill., for appellant.

Herbert C. DeYoung, James H. Winston, Chicago, Ill., and James J. Lamb, Davenport, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant.

Thomas A. NEELY, Appellant, v. Dr. Ivan W. STEELE, Warden, Medical Center for Federal Prisoners, Springfield, Missouri.

No. 14031.

United States Court of Appeals Eighth Circuit.

March 9, 1950.

James H. Keet, Springfield, Mo., for appellant.

Sam M. Wear, United States Attorney, Kansas City, Mo., and William Aull III, Assistant United States Attorney, Lexington, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed.